THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATHEW RHONEY, Respondent, v. WILLIAM HUNT, as Warden of Attica State Prison, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Petition of W. GLENN LARMONTH to Probate the Last Will and Testament of CHARLES D. HOWELL, Deceased. CLARENCE R. BURDICK and LOUIS H. BURDICK, Appellants; W. GLENN LARMONTH, MILDRED V. SENIOR and THELMA M. SENIOR, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CHILDREN'S HOSPITAL OF BUFFALO, Respondent, v. DOROTHY S. BELL, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOHN DeLOLLIS, Respondent, v. SOLOMON SHINE, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of ARTHUR J. GOODWIN, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against MARK GRAVES, as Commissioner of Taxation and Finance of the State of New York, etc., Respondent.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

FLORENCE DeSARRO, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant, and KATHERINE KOWALSKI, as Administratrix, etc., of ANTHONY KOWALSKI, Deceased, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied; motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.